```
ETHAN RAY ARIE              TRIAD FINANCIAL
KAYLA RENEE ARIE            ATTN: BANKRUPTCY
4033 ROCKY BRANCH RD        13901 SUTTON PARK DR S
SUMRALL, MS 39482           STE 300
                            JACKSONILLE, FL 32224


THOMAS C. ROLLINS, JR.      WILLOW LAKE LENDING
THE ROLLINS LAW FIRM, PLLC  PO BOX 1197
P.O. BOX 13767              MISSION, SD 57555
JACKSON, MS 39236


AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604


CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034


OAK GROVE CREDIT
5266 OLD HWY 11
STE 130
HATTIESBURG, MS 39402


ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706



PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502
```