**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Ethan Ray Arie                                              Case No. 26-50130-KMS
             Kayla Renee Arie, Debtors                                     CHAPTER 13

**ORDER AUTHORIZING DEBTORS TO INCUR DEBT**

THIS CAUSE having come on this date on the Debtors' Motion to Incur Debt (DK #___), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Incur Debt is granted. Debtors are authorized to borrow up to thirty-five thousand dollars ($35,000.00) to purchase a vehicle with an interest rate no greater than 20.00%. Debtors shall pay the ongoing monthly payments direct to the lender.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR