**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:  Ethan Ray Arie | Case No. 26-50130-KMS |
| Kayla Renee Arie, Debtors | CHAPTER 13 |

## NOTICE

Debtors have filed papers with the court to incur new debt. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: January 28, 2026     Signature:   /s/ Thomas C. Rollins, Jr.

    Thomas C. Rollins, Jr. (MSBN 103469)
    The Rollins Law Firm, PLLC
    P.O Box 13767
    Jackson, MS 39236
    601-500-5533
    trollins@therollinsfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Ethan Ray Arie                                             Case No. 26-50130-KMS
           Kayla Renee Arie, Debtors                                  CHAPTER 13

### MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 01/27/2026.
2. Debtors are paying approximately $10,585.82 pro rata to General Unsecured Debts through the plan.
3. Debtors' 2016 GMC Canyon was totaled pre-petition.
4. Debtors wish to borrow up to $35,000.00 to purchase a vehicle with an interest rate not to exceed 20.00%. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on January 29, 2026, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

CERTIFICATE OF SERVICE

       I hereby certify that on January 29, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

       /s/ Thomas C. Rollins, Jr.
       Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ETHAN RAY ARIE
KAYLA RENEE ARIE

CASE NO: 26-50130

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 1/29/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/29/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ETHAN RAY ARIE<br>KAYLA RENEE ARIE | CASE NO: 26-50130<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 1/29/2026, a copy of the following documents, described below,

Notice and Motion to Incur Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/29/2026

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

~~EXCLUDE~~

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-50130
SOUTHERN DISTRICT OF MISSISSIPPI
THU JAN 29 12-18-33 PST 2026

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501-2036~~

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO  CA 94108-2716

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CASHNETUSA
175 W JACKSON BLVD
SUITE 600
CHICAGO  IL 60604-2948

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD  MI 48034-8331

(P)OAK GROVE CREDIT
ATTN OAK GROVE CREDIT
5266 OLD HWY 11 STE 130
HATTIESBURG MS 39402-7820

ONEMAIN
PO BOX 1010
EVANSVILLE  IN 47706-1010

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~

TRIAD FINANCIAL
ATTN BANKRUPTCY
13901 SUTTON PARK DR S
STE 300
JACKSONILLE  FL 32224-0230

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

(P)AFS WILLOW LAKE LENDING
27565 RESEARCH PARK DRIVE
MISSION  SD 57555

DEBTOR

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

ETHAN RAY ARIE
4033 ROCKY BRANCH RD
SUMRALL  MS 39482-3582

KAYLA RENEE ARIE
4033 ROCKY BRANCH RD
SUMRALL  MS 39482-3582

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~