IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Ethan Ray Arie,                                Case No. 26-50130-KMS
        Kayla Renee Arie, Debtors                      CHAPTER 13

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF Forrest

L. GRANT BENNETT, SR. of Law office of L. Grant Bennett, Sr. PLLC, being first duly sworn in connection with the application of the Debtors that I be employed as Special Counsel for the above referenced Debtors to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtors, Trustee or the Estate of the Debtors in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2. That, to the best of my knowledge, I have no connection or affiliation with the Debtors, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3. That said services shall be rendered under a contingent fee agreement.

4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

    a. As Special Counsel for Debtors, I will perform legal services in connection with the prosecution of Debtors' Personal Injury and Property claims.



FURTHER, AFFIANT SAITH NOT.

Dated this the 27th day of February, 2026.

X _L. Grant Bennett S._

By: Self - L. Grant Bennett, Sr.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 27th day of February, 2026.

_____
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 126896, CHERYL T. WARREN, Commission Expires Feb. 24, 2027, COVINGTON COUNTY]

