## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Ethan Ray Arie,**                                      **Case No. 26-50130-KMS**
             **Kayla Renee Arie, Debtors**                              **CHAPTER 13**

### NOTICE

Debtors have filed papers with the court to be Employ Special Counsel.
**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to Debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: March 3, 2026          Signature:        /s/ Thomas C. Rollins, Jr.
                                                                Thomas C. Rollins, Jr. (MSBN 103469)
                                                                Jennifer A Curry Calvillo (MSBN 104367)
                                                                The Rollins Law Firm, PLLC
                                                                P.O. Box 13767
                                                                Jackson, MS 39236
                                                                601-500-5533
                                                                trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Ethan Ray Arie,**                                              **Case No. 26-50130-KMS**
             **Kayla Renee Arie, Debtors**                                             **CHAPTER 13**

### APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtors ("Applicants"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Debtors represents that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtors' Personal Injury and Property claims.

2. That the Debtors desire to employ The Law Office of L. Grant Bennett, Sr., PLLC to render services in connection with the claims as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. An attorney for The Law Office of L. Grant Bennett, Sr., PLLC has attached his affidavit hereto, stating that the attorney is a disinterested party to Debtors' estate. See Exhibit "A".

5. That in consideration of said representation, The Law Office of L. Grant Bennett, Sr., PLLC will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicants pray that the Court enter an Order authorizing the employment of The Law Office of L. Grant Bennett, Sr., PLLC as Special Counsel for the Debtors under the provisions set forth herein and by Order of this Court.

                                        Respectfully submitted,

                                        Ethan Ray Arie
                                        Kayla Renee Arie, APPLICANTS
                                        BY:

                                         /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                        Jennifer A Curry Calvillo (MSBN 104367)
                                        The Rollins Law Firm, PLLC
                                        P.O. Box 13767
                                        Jackson, MS 39236
                                        601-500-5533
                                        trollins@therollinsfirm.com

# CONTRACT FOR LEGAL SERVICES (FEE AGREEMENT)

The undersigned, **Ethan Arie and Kayla Arie**, (hereinafter each known as **Client**) hereby retains the legal services of the **Law Office of L. Grant Bennett, Sr. PLLC** (hereinafter known as **Attorney**) to represent me and to pursue claims as to all of my legal and equitable rights for recovery of damages for personal injuries and loss of consortium damages sustained as a result of, and arising out of a motor vehicle collision occurring on or about the morning of January 27, 2026, on Highway 42 in Lamar County.  I agree that Attorney is allowed to conduct a preliminary investigation at Attorney's own expense upon execution of this Agreement to identify if liability or uninsured/underinsured insurance coverage for this incident may exist or not, and, after such preliminary investigation, Attorney may unilaterally withdraw from representing me should the Attorney in his sole discretion decide to so do upon Attorney notifying me of his withdrawal of representation, in writing, which shall be deemed to terminate this Agreement.  If Attorney does not unilaterally withdraw, I authorize Attorney to prosecute my claims against those that may be liable to me (if known) and/or, against my carrier for uninsured/underinsured coverage, if any.

I agree to pay my Attorney, and Attorney agrees to accept a contingency fee based upon percentage of recovery as follows

> 30.00 percent of the total amount recovered through any settlement made before any lawsuit is brought to enforce my claims or interests, prior to deducting any litigation expenses;

> 35.00 percent of the total amount recovered through any settlement made after filing of lawsuit, prior to deducting any litigation expenses;

> 40.00 percent of any settlement made, judgment rendered or verdict obtained in the event said action is tried in court, prior to deducting litigation expenses, whether said trial is completed or not;

> 45.0 percent of any appeal of any such case prior to deducting litigation expenses.

Client agrees that the percentage of Attorney's fees set forth above will, in the event of a structured settlement, be computed on the basis of the present cash value of the settlement, i.e., the amount of cash paid at settlement plus cost to the defendant(s)/Estate/structured settlement agent of all the future payments payable to Client.

Client hereby assigns and gives to Attorney a lien on said claim(s) or cause(s) of action, and on any sum recovered by way of settlement and on any judgment that may be recovered thereon for the sum and share hereinabove mentioned as the Attorney's fee, as well as in the amount of out-of-pocket expenses as may be advanced or incurred by Attorney as set forth hereinbelow.

Client hereby gives to Attorney power of attorney to execute all Complaint(s), Claim(s), Contract(s), Verification(s), Dismissal(s), and Order(s) necessary to further his case, and further empowers Attorney to institute such legal action as may be advisable in Attorney's sole judgment.

Client further agrees that all court costs, filing fees, expert witness fees/retainers, records requests, photos, depositions, transcript costs, court reporter costs, reports, copies, postage, phone, mileage, delivery service, costs for computerized research services, travel (including mileage, parking, air fare, lodging, meals and ground transportation), medical examination costs, medical treatment costs and all other out-of-pocket expenses incurred in investigating or litigating this claim(s) shall be paid by the undersigned with said expenses and also the Attorney's fees being first deducted from the proceeds of any gross recovery, prior to deduction of other

liens/expenses. Subject to Fee Agreement client cancellation/termination provisions herein, *if there is no recovery, Clients' obligation for the payment of these litigation expenses shall be extinguished.*

Subject to Fee Agreement client cancellation/termination provisions below, *said Attorney, by the acceptance of said Contract, agrees to make no charge for services unless recovery is had in the matter.* In addition, said Attorney agrees to make no settlement without the consent of the undersigned and further agrees to represent the Client to the best of his ability.

Client agrees any lien of health care provider(s), health insurance, disability insurance, accident insurance, vehicle insurance, med-pay insurance, Medicare, Medicaid, Medicare Supplement, workers compensation, third-party payer, litigation funder, or similar source claiming a lien, will be deducted from Clients' portion of any recovery after application of the attorney fee percentages and deduction of attorney expenses as well as all other liens/expenses from the gross recovery.

Client agrees that Attorney may retain co-counsel and will not unreasonably withhold Client's consent, and Attorney agrees that Client will be consulted concerning co-counsel and any fee arrangement with co-counsel prior to retention of co-counsel by Attorney. Client agrees to Attorney consulting with potential co-counsel, if any.

Client agrees that Attorney reserves the right to withdraw from representation if, among other things, Attorney's investigation reveals in Attorney's sole opinion, either no actionable conduct/omission exists or that other factors, including financial and causation factors, exist which make continued representation unreasonable for Attorney, including but not limited, to no source of liability and/or uninsured/underinsured insurance coverage exists. Attorney also reserves the right to withdraw from representation if, among other things, Client fails to honor the terms of this FEE AGREEMENT by failing to pay Attorney's invoices (if any, depending if a contingency fee contract or not), by failing to cooperate or follow Attorney's advice on a material matter, or if any fact or circumstance arises or is discovered that would, in Attorney's view, render Attorney's continuing representation unlawful, unethical or unreasonable. Once Attorney has concluded a preliminary investigation and undertaken representation of Client, Client also agrees Attorney is given the right to withdraw from this case after giving Client reasonable notice and Client agrees not to unreasonably withhold consent for Attorney withdrawal. Client agrees to voluntarily join in and sign a related Attorney's Motion to Withdraw if one should become necessary under the terms of this FEE AGREEMENT.

Client agrees not to settle without the consent of Attorney, and Attorney, by acceptance of this employment, agrees not to settle without Client's consent. Client also understands that Client is free to cancel this FEE AGREEMENT and to terminate the services of the Law Office of L. Grant Bennett, Sr. PLLC at any time. However, should Client cancel this Fee Agreement and representation by Attorney, the Law Office of L. Grant Bennett, Sr. PLLC and any other associated and/or retained co-counsel will retain an Attorney's lien and the right to recover the reasonable value of services rendered to date at a rate of no less than $400.00 per hour and all expenses advanced or incurred on Client's behalf.

The outcome of negotiations and litigation is subject to factors which cannot always be foreseen; therefore, it is understood by Client that Attorney has made no promises or guarantees to Client concerning the outcome of this representation and Client understands Attorney cannot make such promises or guarantees. Nothing herein shall be construed as such a promise or guarantee as to the outcome of Client's representation by Attorney.

This FEE AGREEMENT pertains only to legal services rendered and costs and expenses for the matter expressly stated above. It does not relate to any other matter for which Client seeks representation by Attorney. Any other matter will require a separate FEE AGREEMENT.

If any dispute or misunderstanding arises as a result of Attorneys' representation of Client, Client agrees that such dispute or misunderstanding (to include any and all potential causes of action) will first be attempted to be resolved through **MEDIATION** by the parties mutually agreeing upon and jointly employing the services of a neutral mediator with such mediation to be conducted in Hattiesburg, MS.  If mediation shall prove unsuccessful in resolving all disputes and/or misunderstandings (to include any and all potential causes of action), then such shall be resolved through **ARBITRATION** following the rules of the American Arbitration Association or by employing the services of some other neutral arbitrator to be mutually agreed upon between the parties.

Date Effective: 02/02/2026

_____
(signature) – Ethan Arie

_____
(signature) – Kayla Arie

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on March 4, 2026, to:

By USPS First Class Mail:

    Debtors

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ETHAN RAY ARIE
KAYLA RENEE ARIE

CASE NO: 26-50130

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/4/2026, I did cause a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/4/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ETHAN RAY ARIE
KAYLA RENEE ARIE

CASE NO: 26-50130

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 3/4/2026, a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/4/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

DEBTOR

ETHAN RAY ARIE
KAYLA RENEE ARIE
4033 ROCKY BRANCH RD
SUMRALL MS 39482

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-50130
SOUTHERN DISTRICT OF MISSISSIPPI
WED MAR 4 12-44-45 PST 2026

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO  CA 94108-2716

(P)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CASHNETUSA
175 W JACKSON BLVD
SUITE 600
CHICAGO  IL 60604-2948

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD  MI 48034-8331

(P)OAK GROVE CREDIT
ATTN OAK GROVE CREDIT
5266 OLD HWY 11 STE 130
HATTIESBURG MS 39402-7820

ONEMAIN FINANCIAL GROUP  LLC
PO BOX 3251
EVANSVILLE  IN 47731-3251

ONEMAIN
PO BOX 1010
EVANSVILLE  IN 47706-1010

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

TRIAD FINANCIAL
ATTN BANKRUPTCY
13901 SUTTON PARK DR S
STE 300
JACKSONILLE  FL 32224-0230

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

(P)AFS WILLOW LAKE LENDING
27565 RESEARCH PARK DRIVE
MISSION  SD 57555-5945

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

ETHAN RAY ARIE
4033 ROCKY BRANCH RD
SUMRALL  MS 39482-3582

KAYLA RENEE ARIE
4033 ROCKY BRANCH RD
SUMRALL  MS 39482-3582

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767