# Proceeding Minutes / Proceeding Memo

**Case #:**  26-50130          **Case Name:**  Ethan Ray Arie and Kayla Renee Arie

**Set:**  04/07/2026 01:30 pm   **Chapter:**  13   **Type:**  bk   **Judge**  Katharine M. Samson

**matter**   Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #27) - ORDER WITHDRAWING TO BE SUBMITTED BY WILSON

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Brian Wilson to submit an Order withdrawing the Trustee's Objection [27]. Order due by 04/21/2026. Confirmation hearing removed. (mcc)