United States Bankruptcy Court

Southern District of Mississippi

In re:

Ethan Ray Arie

Kayla Renee Arie

    Debtors

Case No. 26-50130-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

**Recip ID**    **Recipient Name and Address**

db/jdb    + Ethan Ray Arie, Kayla Renee Arie, 4033 Rocky Branch Rd, Sumrall, MS 39482-3582

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Brian Christopher Wilson

    on behalf of Trustee David Rawlings bwilson@rawlings13.net

David Rawlings

    ecfnotices@rawlings13.net sduncan@rawlings13.net

Thomas Carl Rollins, Jr

    on behalf of Joint Debtor Kayla Renee Arie trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

    on behalf of Debtor Ethan Ray Arie trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-6                    User: mssbad                              Page 2 of 2

Date Rcvd: Mar 31, 2026                 Form ID: pdf012                           Total Noticed: 1

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 31, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Ethan Ray Arie,**                 **Case No. 26-50130-KMS**
        **Kayla Renee Arie, Debtors**             **CHAPTER 13**

### ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

THIS CAUSE came on for consideration of the Application to Employ Special Counsel (Dkt. 25 ), and the Court having considered the Application and being advised in the premises, is of the opinion that said Application is well taken and should be approved.

IT IS THEREFORE ORDERED AND ADJUDGED that The Law Office of L. Grant Bennett, Sr., PLLC is hereby authorized to be employed as Special Counsel, to provide assistance with Debtors' Personal Injury and Property claims, as the Court finds that authorizing said employment of Special Counsel is in the best interests of the Debtors' Estate.

IT IS FURTHER ORDERED AND ADJUDGED that Special Counsel's representation shall be confined to involvement with the foregoing claims. Compensation, fees, and reimbursement of costs and expenses shall be paid to Special Counsel only after approval by this Court. Further, compensation and reimbursement of costs shall not exceed fifty percent (50%) of the recovery.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com