United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-50130-KMS

Ethan Ray Arie                                                                          Chapter 13

Kayla Renee Arie

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                    Page 1 of 2

Date Rcvd: Apr 06, 2026                     Form ID: n031                                 Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Ethan Ray Arie, Kayla Renee Arie, 4033 Rocky Branch Rd, Sumrall, MS 39482-3582 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 5616656 | + Email/Text: admin@rosebudlending.com | Apr 06 2026 19:29:00 | Willow Lake Lending, PO Box 1197, Mission, SD 57555 |
| 5616648 | + Email/PDF: AffirmBKNotifications@resurgent.com | Apr 06 2026 19:28:33 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5619639 | Email/Text: ebnnotifications@creditacceptance.com | Apr 06 2026 19:29:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5616649 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2026 19:28:44 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5616650 | + Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 06 2026 19:29:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5616651 | + Email/Text: ebnnotifications@creditacceptance.com | Apr 06 2026 19:29:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5616652 | Email/Text: caseyof2@yahoo.com | Apr 06 2026 19:29:00 | Oak Grove Credit, 5266 Old Hwy 11, Ste 130, Hattiesburg, MS 39402 |
| 5628336 | Email/PDF: cbp@omf.com | Apr 06 2026 19:28:38 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5616653 | + Email/PDF: cbp@omf.com | Apr 06 2026 19:28:44 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5616654 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2026 19:28:44 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5616655 | ^ MEBN | Apr 06 2026 19:22:51 | Triad Financial, Attn: Bankruptcy, 13901 Sutton Park Dr S, Ste 300, Jacksonille, FL 32224-0230 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| sp | | The Law Office of L. Grant Bennett, Sr., PLLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0538-6                    User: mssbad                              Page 2 of 2
Date Rcvd: Apr 06, 2026                 Form ID: n031                          Total Noticed: 12

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Kayla Renee Arie trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ethan Ray Arie trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26−50130−KMS
**Chapter:**  13

**In re:**

Ethan Ray Arie
4033 Rocky Branch Rd
Sumrall, MS 39482

Kayla Renee Arie
4033 Rocky Branch Rd
Sumrall, MS 39482

Notice of Entry of Order Confirming Plan

The Court entered an Order on 04/06/2026 (Dkt. # 33 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 6, 2026

Danny L. Miller, Clerk of Court