## IN THE UNITED STATES BANKRUPTCY COURT
### FOR SOUTHERN DISTRICT OF MISSISPPI (Jackson-3 Divisional Office)

**IN RE:**   **Ethan Ray Arie**                **CASE NO.  26-50130-KMS**
           **Kayla Renee Arie**

**DEBTORS**                          **CHAPTER 13**

### NOTICE OF APPEARANCE

Comes now SARAH DUNAGAN LABOSIER, an attorney authorized to practice in this Court, and files her notice of appearance on behalf of TRIAD FINANCIAL SERVICES, INC., pursuant to Rule 9010 (b), Federal Rules of Bankruptcy Procedure.  Please direct all future notices to which TRIAD FINANCIAL SERVICES, INC., is entitled to the address below.

Dated this 14th day of April, 2026.

OF COUNSEL:
PADGETT LAW GROUP             BY:   /s/ Sarah Dunagan Labosier
6267 Old Water Oak Road              SARAH DUNAGAN LABOSIER
Suite 203                              MS Bar No. 103522
Tallahassee, FL 32312               Attorney for Creditor
850-422-2520
Sarah.Labosier@padgettlawgroup.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the attorney of record for Debtors, Thomas Carl Rollins, Jr, trollins@therollinsfirm.com, the Trustee of record, David Rawlings, ecfnotices@rawlings13.net, and U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, electronically through the Court's electronic filing system.

Dated this 14th day of April, 2026.

                                /s/ Sarah Dunagan Labosier
                                MS Bar No. 103522
                                SARAH DUNAGAN LABOSIER