## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Ethan Ray Arie**                          **Case No. 26-50130-KMS**
         **Kayla Renee Arie, Debtors**                        **CHAPTER 13**

## <u>NOTICE</u>

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: April 22, 2026        Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                      Thomas C. Rollins, Jr. (MSBN 103469)
                                      Jennifer Ann Curry Calvillo (MSBN 104367)
                                      The Rollins Law Firm, PLLC
                                      P.O. Box 13767
                                      Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Ethan Ray Arie**                                        **Case No. 26-50130-KMS**
              **Kayla Renee Arie, Debtors**                            **CHAPTER 13**

### MOTION TO MODIFY BANKRUPTCY PLAN

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan to include a non-standard provision, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on January 27, 2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtors were involved in accident pre-petition to filing bankruptcy resulting in a total loss.

3. The Debtors surrendered a 2016 GMC Canyon ("Vehicle") to Credit Acceptance Corporation ("Creditor").

4. Insurance proceeds are available from Progressive Insurance because of the loss of the Vehicle.

5. In order to facilitate proper distribution of the insurance proceeds and to avoid any ambiguity, the Debtors seek to modify the Plan to include a non-standard provision authorizing the insurance proceeds to be paid directly to Credit Acceptance Corporation.

6. This modification is proposed in good faith and is necessary for the efficient administration of the estate.

WHEREFORE, the Debtors respectfully request that this Court enter an Order modifying the confirmed Chapter 13 Plan to include the above non-standard provision, and for such other and further relief as is just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on April 22, 2026, to:

By USPS First Class Mail, Postage Prepaid:

Progressive Insurance
Claims Department
PO Box 2930
Clinton, IA 52733-2930

Credit Acceptance
25505 W 12 Mile Rd
Southfield MI 48034

By Electronic CM/ECF Notice:

David Rawlings

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Ethan Ray Arie
Kayla Renee Arie

CASE NO: 26-50130

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/22/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/22/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Ethan Ray Arie
Kayla Renee Arie

CASE NO: 26-50130

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/22/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/22/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

PROGRESSIVE INSURANCE
CLAIMS DEPARTMENT
PO BOX 2930
CLINTON IA 52733-2930

FIRST CLASS

CREDIT ACCEPTANCE
25505 W 12 MILE RD
SOUTHFIELD MI 48034