**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Ethan Ray Arie**                                                    **Case No. 26-50130-KMS**
              **Kayla Renee Arie, Debtors**                                **CHAPTER 13**

### ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK

#___), the Court having reviewed and considered the facts herein, and there being no objection

or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Modify Plan is granted.

The Debtor's confirmed Chapter 13 Plan is hereby modified to include the non-standard

provision that Progressive Insurance is authorized and directed to remit said insurance proceeds

directly to Credit Acceptance Corporation, and such proceeds shall not be paid to the Chapter 13

Trustee

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR