**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Ethan Ray Arie**                                    **Case No. 26-50130-KMS**
                  **Kayla Renee Arie, Debtors**                          **CHAPTER 13**

<u>**ORDER**</u>

THIS CAUSE having come on this date on the Debtor's Objection Notice of Post-

Petition Fees, Expenses, and Charges (dk # _____), the Court having reviewed and considered

the facts herein, and there being no objection or request for hearing from the Trustee or creditors,

does find as follows:

IT IS THEREFORE ORDERED that the Objection to Notice of Post-Petition Fees,

Expenses, and Charges is granted, and further, the fees shall be reduced to $350.00.

###END OF ORDER ###

Prepared by:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533