## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Ethan Ray Arie**                              **Case No. 26-50130-KMS**
**Kayla Renee Arie, Debtors**                              **CHAPTER 13**

## ORDER

THIS CAUSE having come on this date on the Debtor's Amended Objection Notice of

Post-Petition Fees, Expenses, and Charges (dk # _____), the Court having reviewed and

considered the facts herein, and there being no objection or request for hearing from the Trustee

or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Amended Objection to Notice of Post-Petition

Fees, Expenses, and Charges is granted, and further, the fees shall be reduced to $350.00.

###END OF ORDER ###

Prepared by:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533