# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50130          **Case Name:** Ethan Ray Arie and Kayla Renee Arie

**Set:** 08/13/2026 10:30 am   **Chapter:** 13   **Type:** bk      **Judge** Katharine M. Samson

**matter** Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 6) with Certificate of Service Filed by Creditor Triad Financial Services..  (Dkt. #43)

Amended Objection filed by the Debtors (Dkt. #46)

---

   Minute Entry Re: (related document(s): [43] Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Triad Financial Services.) ([46] Objection by Debtors) Appearances: Jennifer Calvillo. Objection is sustained (fee reduced to $350). Calvillo will submit order. Order due by 08/27/2026. (cwe)