**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Ethan Ray Arie**
**Kayla Renee Arie, Debtors**

**Case No. 26-50130-KMS**
**CHAPTER 13**

# NOTICE

The undersigned counsel has filed papers with the court to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application.

Date: October 23, 2026

Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Ethan Ray Arie** **Case No. 26-50130-KMS**
**Kayla Renee Arie, Debtors** **CHAPTER 13**

**MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND AUTHORIZE DISTRIBUTION OF PROCEEDS**

COMES NOW, Thomas C. Rollins, Jr., attorney for Debtors, and files this Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds and in support thereof, would show to this Honorable Court as follows, to-wit:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

**SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS**

3. On or about March 31, 2026, The Law Office of L. Grant Bennett, Sr., PLLC was employed as Special Counsel (Dk# 28) representing Debtor in a personal injury claim. That Debtor and Special Counsel agreed to a contingency fee not to exceed more than 50% plus expenses.

4. The personal injury claim is now settled in the gross amount of $29,500.00. The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

5. Debtors request $7,000.00 to be issued directly to them from The Law Office of L. Grant Bennett, Sr., PLLC and request settlement approval and authority to pay the Trustee settlement proceeds of $22,500.00 to the Chapter 13 Trustee who shall then disburse the claim proceeds as follows:

a. Attorney’s Fees *(subject to Court approval of Debtors’ Application for Compensation)* - $8,850.00

b. Expenses: $192.00

c. Amount to by retained by the Trustee for Distribution in Debtor’s case pursuant to further order of this Court: 13,458.00.

**COMPENSATION OF SPECIAL COUNSEL**

6. That Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America,* 544 F. 2d, 1291 (5th Cir., *cert. denied,* 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation. The fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

7. To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the bankruptcy estate prevented the attorneys from working on other cases.

8. That the attorneys are duly licensed and authorized, practicing in Mississippi.

9. On or about March 31, 2026, The Law Office of L. Grant Bennett, Sr., PLLC was employed as Special Counsel (Dk# 28) representing Debtor in a personal injury claim. That Debtor and Special Counsel agreed to a contingency fee not to exceed more than 50% plus expenses.

10. Debtor is entitled to a distribution from a settlement in the gross amount of $29,500.00. Special Counsel requests attorney’s fees of $8,850.00, representing 30% of the gross

settlement and $192.00 as reimbursement of necessary expenses. That a 30% contingency falls withing the range of customary attorney's fees for this type of matter.

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the foregoing settlement and distribution of proceeds, and prays for such other, further, and general relief to which the Special Counsel may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was forwarded on October 23, 2026 to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Ethan Ray Arie
Kayla Renee Arie

CASE NO: 26-50130

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/23/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/23/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Ethan Ray Arie
Kayla Renee Arie

CASE NO: 26-50130

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/23/2026, a copy of the following documents, described below,

Notice and Motion to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/23/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

ETHAN RAY ARIE
KAYLA RENEE ARIE
4033 ROCKY BRANCH RD
SUMRALL MS 39482

AFFIRM INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO CA 94108-2716

CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CASHNETUSA
175 W JACKSON BLVD
SUITE 600
CHICAGO IL 60604-2948

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD MI 48034-8331

OAK GROVE CREDIT
ATTN OAK GROVE CREDIT
5266 OLD HWY 11 STE 130
HATTIESBURG MS 39402-7820

ONEMAIN FINANCIAL GROUP LLC
PO BOX 3251
EVANSVILLE IN 47731-3251

ONEMAIN
PO BOX 1010
EVANSVILLE IN 47706-1010

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

TRIAD FINANCIAL
ATTN BANKRUPTCY
13901 SUTTON PARK DR S
STE 300
JACKSONILLE FL 32224-0230

AFS WILLOW LAKE LENDING
27565 RESEARCH PARK DRIVE
MISSION SD 57555-5945

ETHAN RAY ARIE
4033 ROCKY BRANCH RD
SUMRALL MS 39482-3582

KAYLA RENEE ARIE
4033 ROCKY BRANCH RD
SUMRALL MS 39482-3582