**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **Ethan Ray Arie**<br>**Kayla Renee Arie, Debtors** | **Case No. 26-50130-KMS**<br>**CHAPTER 13** |

# ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL AND AUTHORIZING DISTRIBUTION OF PROCEEDS

THIS CAUSE having come on this date on the Debtors' Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (DK #_51_), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Debtor, Trustee or Creditors, does find as follows:

IT IS THEREFORE ORDERED that the Motion to Approve Settlement and Authorize Distribution of Proceeds shall be granted and the Application for Compensation shall be approved.

IT IS FURTHER ORDERED that the Court hereby approves the proposed settlement in the amount of $29,500.00.

IT IS FURTHER ORDERED that the Court hereby approves Special Counsel's fees in the amount of $8,850.00,

IT IS FURTHER ORDERED that the Court hereby approves a distribution of proceeds as follows:

a. To The Law Office of L. Grant Bennett, Sr., PLLC Attorney's Fees: $8,850.00
b. Expenses: $192.00
c. Amount retained by the Trustee for Distribution in Debtor's bankruptcy case pursuant to further order of this Court: $13,458.00

d. To the Debtors from the The Law Office of L. Grant Bennett, Sr.: $7000.00.

IT IS FURTHER ORDERED that Special Counsel is granted authority to pay the debtors $7,000.00 and the remaining gross settlement proceeds to the Chapter 13 Trustee. The Trustee shall distribute the proceeds as provided above. The Chapter 13 Trustee is authorized to sign a release, if requested to do so.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533